IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
YAN LYANSKY                    )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:23-cv-1119
                               )
KUSUMAWARDANI LYANSKY,         )
                               )
          Defendant.           )
```

**ORDER**

This matter is before this court for review of the Recommendation ("Recommendation") filed on April 28, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 6.) In the Recommendation, the Magistrate Judge recommends that this matter be dismissed without prejudice for lack of subject-matter jurisdiction. The Recommendation was served on the parties in this action on April 28, 2025. (Doc. 7.) Plaintiff timely filed objections, (Doc. 11).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

Plaintiff, in response to the Recommendation, filed an unverified pleading in which he alleges that at the time the complaint was filed, he lived in Columbia, South Carolina, (Doc. 11 at 1), in an apparent effort to support jurisdiction. This allegation is directly contradicted by his statement in the complaint that "Plaintiff is a citizen and resident of Guilford County, North Carolina." (Doc. 1 at 1.) A "Plaintiff cannot amend the complaint by alleging new claims in his response brief." Zelaya Sorto v. Doe, 2020 WL 5709249 at 4 n.6 (E.D.N.C. Sept. 24, 2020). Furthermore, regardless of his reasons, Plaintiff has admittedly provided false information to the court and the Magistrate Judge relied upon that information. Plaintiff may have believed he had an acceptable reason for falsifying information to this court, but there are acceptable and unacceptable ways to address difficult circumstances. False information is not acceptable. Therefore, this court declines to find Plaintiff's current allegation as to his residence merit

consideration and relies upon the facts set forth in the complaint.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint, (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 19th day of August, 2025.

_____
United States District Judge